### 23656. ROZIER v. THE STATE.

BROYLES, C. J. The evidence tending to connect the defendant with the offense charged was wholly circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of his guilt. Therefore the verdict in favor of the State was unauthorized, and the court's refusal to grant a new trial was error.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 27, 1933.

*Lawton E. Bracewell, P. W. Hicks, R. I. Stephens,* for plaintiff in error.

*Lester F. Watson, solicitor,* contra.

### 23659. JOLOWAY v. THE STATE.

BROYLES, C. J. The verdict was demanded by the evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 27, 1933.

*W. I. Geer,* for plaintiff in error.

*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.